# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marla Louise Hildebrandt, ) | |
| ) | |
| Plaintiff, ) | No. CV 07-10 TUC JMR |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Michael J. Astrue, Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

This case involves an appeal by Plaintiff from the Commissioner's denial of social security benefits. Plaintiff, proceeding *pro se*, never filed an opening brief as directed by Magistrate Judge Hector C. Estrada. Plaintiff was given clear instructions as to how to proceed and on at least two occasions she was directed to Fed. R. Civ. P. 41 and warned that a failure to prosecute and/or comply with court orders could result in dismissal.

On December 6, 2007, after a thorough and well documented analysis, Magistrate Judge Estrada issued a Report and Recommendation ("R&R") to this Court. Neither party filed an objection to the R&R. Magistrate Judge Estrada recommended that this Court dismiss the action pursuant to Fed. R. Civ. P. Rule 41(b).

When there are no objections to the R&R, the Court will modify or set aside only those portions that are clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v.*

*Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998). The Court has carefully reviewed the entire record and concludes that Magistrate Judge Estrada's recommendations are not clearly erroneous or contrary to law. The Court agrees that Plaintiff's continued intransigence and refusal to abide by the procedural rules merits dismissal of the action. It is well settled that "[p]ro se litigants must follow the same rules of procedure that govern other litigants." *King v. Atiyeh,* 814 F.2d 565, 567 (9th Cir. 1987); *see also Ghazali v. Moran*, 46 F.3d 52 (9th Cir. 1995) (recognizing that pro se litigants are bound by the rules of procedure).

Accordingly,

**IT IS ORDERED** that the **REPORT AND RECOMMENDATION** of Magistrate Judge Estrada (Doc. No. 13) is **ADOPTED**.

**IT IS FURTHER ORDERED** that this case be **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to close the case.

DATED this 2nd day of January, 2008.

_____
John M. Roll
Chief United States District Judge